UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COR CLEARlNG, LLC, a Delaware limited liability company, | ) Case No. 2:15-cv-8980 )  )  ) |
| Applicant, | ) ) |
| vs. | ) ) |
| E-TRADE CLEARlNG LLC, | ) ) ) |
| Respondent. | ) ) |

**STIPULATION AND ORDER**

  WHEREAS, on December 31, 2015, Applicant COR Clearing, LLC ("Applicant"), filed a Motion for Order to Show Cause why E-Trade Clearing, LLC ("Respondent"), should not be compelled to produce documents and things responsive to COR Clearing's subpoena of December 8, 2015; and

  WHEREAS, the Motion was served to Respondent on January 6, 2016 and, pursuant to local rules, E-Trade's Answer to the Motion was due within 21 days of service, or January 27, 2016; and

  WHEREAS, the Parties have not requested and the Court has not directed oral arguments; and

  WHEREAS, the Parties desire to provide a brief extension of the time to file an Answer; and

  WHEREAS, the Parties believe this extension of time will facilitate discussions between the Parties regarding the documents that are the subject of this subpoena;

THEREFORE, by and between Applicant and Respondent, through their undersigned attorneys, it is STIPULATED AND AGREED that, subject to the Court's approval, the time for Respondent to answer the Motion is extended by 11 days to February 8, 2016.

Dated: February 1, 2016
By:

| | |
|---|---|
| **/s/ Robert P. Gammel** | **/s/ Brian J. Neville** |
| Robert P. Gammel | Brian J. Neville, Esq. |
| Law Offices of Jan Meyer & Associates, P.C. | Lax & Neville LLP |
| 1029 Teaneck Road, 2nd Flr. | 1450 Broadway, 35th Floor |
| Teaneck, New Jersey 07666 | New York, NY |
| rgammel@janmeyerlaw.com | Tel: (212) 696 1999 |
| (201) 862-9500 | bneville@laxneville.com |
| | |
| **LOCAL COUNSEL TO APPLICANT COR CLEARING, LLC** | *Attorneys for Respondent* |

**/s/ Michael T. Hilgers**
Michael T. Hilgers
Andrew R. Graben
GOBER HILGERS PLLC
14301 FNB Parkway, Suite 100
Omaha, NE 68154
Telephone: 402.218.2106
Facsimile: 877.437.5755
mhilgers@goberhilgers.com
agraben@goberhilgers.com
**ATTORNEYS FOR APPLICANT COR CLEARING, LLC**


SO ORDERED.

Dated: _____, 2016


_____
HON. JOSE L. LINARES