# Law Offices of Jan Meyer & Associates, P.C.

**Jan Meyer** *◇○③

Associates:
**Richard A. Hazzard** *◇
**Noah Gradofsky** *◇
**Stacy P. Maza** *◇
**Richard L. Elem** *◇
**Elissa Breanne Wolf** *◇
**Solomon Rubin** *◇③
**Amanda Beth Tosk** *◇
**Michael Anthony Puppelo** *◇
**Robert P. Gammel** *◇

Of Counsel:
**Joshua Annenberg** *◇
**Michael J. Feigin** *◇®
**Lianne Forman** *
**Daniel P. Baer** *

**1029 Teaneck Road
Second Floor
Teaneck, New Jersey 07666**
www.janmeyerlaw.com

**Phone:** (201) 862-9500
**Fax:** (201) 862-9400
**E-Mail:** office@janmeyerlaw.com

Sender's e-mail: rgammel@janmeyerlaw.com
Sender's direct dial: (201) 862-9600 x 218

New York Office:
424 Madison Avenue
Sixteenth Floor
New York, New York 10017
(212) 719-9770
*Please respond to our New Jersey office.*

Admitted to Practice:
New Jersey *
New York ◇
District of Columbia ○
U.S. Supreme Court ○
U.S. Court of Federal Claims ○
U.S. Court of Appeals for the Armed Forces ○
U.S. Court of Appeals for the Federal Circuit ○
U.S. Court of Appeals for the Third Circuit ③
US Patent and Trademark Office ®

February 9, 2016

Hon. Joseph A. Dickson, U.S.M.J
United States District Court for the District of New Jersey
Martin Luther King Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

  RE: COR Clearing, LLC v. E-Trade Clearing LLC
    Docket No: 2:15-cv-8980-JLL-JAD
    Our File No: C1210

Dear Judge Dickson:

  This firm represents the Applicant, COR Clearing, LLC in the above-referenced action.

  As your Honor is aware, a stipulation was recently filed adjourning the original return date of the application, and granting leave for the Respondent, E-Trade Clearing LLC, to file an opposition to the application on or before February 8, 2016.

  Therefore, I am respectfully requesting, that the applicant, COR Clearing, be granted leave to file a reply to the opposition filed by the respondent, by no later than Tuesday, February 16, 2016.

  We thank Your Honor for your attention to this matter.

            Respectfully submitted,

            Robert P. Gammel

cc: All counsel of record via the ECF system