UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COR CLEARING, LLC, a Delaware limited liability company, | Case No. 2:15-cv-8980-JLL-JAD |
| Applicant, | [PROPOSED] ORDER TO SEAL MATERIALS |
| vs. | |
| E-TRADE CLEARING LLC. | |
| Respondent. | |

THIS MATTER, having come before the Court by way of Applicant's Motion to Seal Material, and the Court having considering the submission, proposed sealed information, Local Civil Rule 5.3, and the governing case law, makes the following Findings of Fact and Conclusions of Law:

1. On February 16, 2016, Applicant filed a reply brief and exhibits in support of its Motion to Compel Production of Documents and Things in Response to Subpoena, which contained information derived from documents that have been designated as "Confidential" or "Highly Confidential" by the Depository Trust Clearing Corporation ("DTCC") pursuant to a Protective Order entered by the United States District Court for the District of Nebraska in *COR Clearing, LLC v. Calissio Resources Group, Inc., et.al.*, Case No. 15-317 (the "Protective Order"). Exhibit 3 to Applicant's Motion are communications that the DTCC has designated as "Confidential" pursuant to the Protective Order.

2. Applicant, COR Clearing, LLC ("COR Clearing") seeks to seal limited portions of its brief, as well as Exhibits 3 and 4 to its brief.

3. Those portions of the brief that Applicant seeks to seal and Exhibit 4 to the brief contain information derived from documents designated as "Confidential" or "Highly Confidential" by the DTCC. Exhibit 3 consists of communications that the DTCC has designated as "Confidential." The aforementioned information and documents are likely to be highly sensitive to the DTCC and not available to the general public. Pursuant to the Protective Order issued by the District of Nebraska, the DTCC had a reasonable expectation that this material would be filed under seal.

4. Applicant has filed a redacted version of the brief as a public document, which omits only the aforementioned materials.

5. The redacted portions of Applicant's Reply Brief In Support of brief and Exhibits 3 and 4 satisfy the standards set forth in Local Civil Rule 5.3.

WHEREFORE, the Court having found that the relief sought is warranted and for good cause shown,

IT IS on this 21st day of April 2016

ORDERED as follows:

A. Applicant's Motion to Seal Material is hereby granted.

B. The redacted portions of Applicant's Reply Brief in Support of its Motion to Compel Production of Documents and Things in Response to Subpoena, as well as Exhibits 3 and 4 to the reply brief shall remain under seal.

C. A copy of this Order shall be served on all counsel of record within seven (7) days of receipt by counsel for applicant.

United States Magistrate Judge ~~Joseph A. Dickson~~
James B. Clark, III

[This Order terminates Docket Entry No. 17].